IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

ROXANNE V. ZOLIN,

 Plaintiff,

v.                3:09cv38-WS

JOSEPH CARUTH, et al.,

 Defendants.

## ORDER ADOPTING THE MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

 Before the court is the magistrate judge's report and recommendation (doc. 20) docketed August 12, 2009. The magistrate judge recommends that the defendants' motions to dismiss be denied. No objections to the report and recommendation have been filed.

 The court having considered the record, it is ORDERED:

 1. The magistrate judge's report and recommendation (doc. 20) is ADOPTED and incorporated by reference into this order.

 2. The defendants' motions (docs. 6, 7, & 8) to dismiss or, in the alternative, for a more definite statement, are DENIED.

 3. The plaintiff shall have thirty days from the date this order is docketed to file an amended complaint correcting the deficiencies noted by the magistrate judge at pages 19-20 of his report and recommendation.

4. The clerk shall refer the case to the magistrate judge fro further proceedings.

DONE AND ORDERED this ___14th___ day of ___September___, 2009.


        s/ William Stafford
        WILLIAM STAFFORD
        SENIOR UNITED STATES DISTRICT JUDGE