IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

ROXANNE V. ZOLIN,
    Plaintiff,

vs.                                             Case No. 3:09cv38/MD

JOSEPH CARUTH,
    Defendant.
_____

## ORDER

This case has been referred to the undersigned magistrate judge for disposition pursuant to the authority of 28 U.S.C. § 636(c) based on consent by the parties to magistrate judge jurisdiction (doc. 52). On plaintiff's notice of voluntary dismissal with prejudice (doc. 91), and defendant's stipulation to voluntary dismissal with prejudice (doc. 92), it is ORDERED:

    1. This action is DISMISSED WITH PREJUDICE pursuant to Federal Rule of Civil Procedure 41(a)(1).

    2. The Clerk is directed to close the file.

DONE AND ORDERED at Pensacola, Florida this 7th day of September, 2010.

/s/ *Miles Davis*
MILES DAVIS
UNITED STATES MAGISTRATE JUDGE